# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **XIAOWEN PI,** | |
| Petitioner, | **ORDER Scheduling TRO Briefs** |
| v. | ED CV 26-00431-VBF-AGR |
| FERETI SOMAIA (Warden), *et al.*, | |
| Respondents. | |

**No later than 11:59 p.m. on Tuesday, February 3, 2026, the respondents SHALL FILE a brief responding to the application for a temporary restraining order ("TRO").**

**No later than 11:59 p.m. on Wednesday, February 4, 2026, petitioner MAY REPLY.**

IT IS SO ORDERED.

Dated: February 1, 2026

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge