UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOWEN PI, an individual;<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA, et al.,<br><br>Respondents. | Case No. 5:26-cv-00431-VFB-AGR<br><br>**ORDER GRANTING PETITIONER'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Directing the Respondents to Show Cause Why Court Should Not Issue Preliminary Injunction |

The Court, having considered Petitioner's Application for Temporary Restraining Order and good cause having been found, hereby GRANTS Petitioner's Application for Temporary Restraining Order and ORDERS as follows:

1. Petitioner's Application for Temporary Restraining Order is GRANTED;
2. The bond requirement of Federal Rule of Civil Procedure 65(c) is waived;
3. Petitioner shall be released immediately from Respondents' custody;
4. Respondents are enjoined and restrained from re-detaining Petitioner without providing her a pre-deprivation hearing before a neutral decisionmaker at which the government establishes by clear and convincing evidence that detention is appropriate to prevent her flight or to protect the public;
5. Should Respondents choose to conduct such a hearing, Respondents shall provide Petitioner with reasonable advance notice of the time and place of the hearing;
6. Respondents are enjoined from transferring Petitioner outside the jurisdiction of this Court or removing her from the United States pending further order of the Court;

**No later than 11:59 p.m. on Tuesday, February 10, 2026, the respondents SHALL SHOW CAUSE, in writing, why this Court should not** convert this temporary restraining order into a preliminary injunction requiring Respondents to continue to abide by this Court's order.

**No later than 11:59 p.m. on Wednesday, February 11, 2026, petitioner MAY REPLY.**

**IT IS SO ORDERED**

Date: February 5, 2026

*Valerie Baker Fairbank*
_____

HON. VALERIE BAKER FAIRBANK
Senior UNITED STATES DISTRICT JUDGE