# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOWEN PI, an individual; | Case No. 5:26-cv-00431-VBF-AGR |
| Petitioner, | **TEMPORARY RESTRAINING ORDER** |
| v. | and |
| FERETI SEMAIA, et al., | **ORDER TO SHOW CAUSE RE: A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |
| Respondents. | |

1. Petitioner's Application for Temporary Restraining Order is GRANTED;
2. The bond requirement of Federal Rule of Civil Procedure 65(c) is waived;
3. Petitioner shall be released immediately from Respondents' custody;
4. Respondents are enjoined and restrained from re-detaining Petitioner without providing her a pre-deprivation hearing before a neutral decisionmaker at which the government establishes by clear and convincing evidence that detention is appropriate to prevent her flight or to protect the public;
5. Should Respondents choose to conduct such a hearing, Respondents shall provide Petitioner with reasonable advance notice of the time and place of the hearing;
6. Respondents are enjoined from transferring Petitioner outside the jurisdiction of this Court or removing her from the United States pending further order of the Court;

**No later than Saturday, February 21, 2026, the respondents SHALL SHOW CAUSE in writing why a preliminary injunction should not be issued.**

**No later than Monday, February 23, 2026, petitioner MAY FILE a reply brief.**

**IT IS SO ORDERED**

Date:  February 17, 2026

*Valerie Baker Fairbank*
HON. VALERIE BAKER FAIRBANK
Senior UNITED STATES DISTRICT JUDGE

2