# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

XIAOWEN PI, an individual;

    Petitioner,

    v.

FERETI SEMAIA, et al.,

    Respondents.

Case No. 5:26-cv-00431-VBF-AGR

**PRELIMINARY INJUNCTION**

    Petitioner's Application for Preliminary Injunction is GRANTED.

    The bond requirement of Federal Rule of Civil Procedure 65(c) is waived.

    Pending the final resolution of this case, Respondents are enjoined from re-detaining Petitioner without providing her a pre-deprivation hearing before a neutral decisionmaker at which the government establishes by clear and convincing evidence that detention is appropriate to prevent Petitioner's flight or protect the public. If Respondents conduct such a hearing, Respondents shall provide Petitioner with reasonable advance notice of the hearing's time & place.

    Respondents are enjoined from transferring Petitioner outside the jurisdiction of this Court or removing Petitioner from the United States pending further order of the Court.

    **IT IS SO ORDERED.**

Date: February 25, 2026

    *Valerie Baker Fairbank*

HON. VALERIE BAKER FAIRBANK
Senior UNITED STATES DISTRICT JUDGE