# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

|  |  |
|---|---|
| **XIAOWEN PI,** | ) |
| Petitioner, | ) **ORDER Scheduling TRO Briefs** |
| v. | ) ED CV 26-00431-VBF-AGR |
| FERETI SEMAIA (Warden, Adelanto ICE Processing Center) *et al.*, | ) |
| Respondents. | ) |

Petitioner's counsel filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. section 2241 and his first application for a temporary restraining order ("TRO"), *see* CM/ECF Docs 1 and 2. After briefing, the Court issued a TRO (Doc 11) on February 17, 2026 and directed the respondents to show cause why a preliminary injunction ("PI") should not issue. After briefing, the Court issued a PI (Doc 14) on February 25, 2026.

On April 7, 2026, petitioner filed a second application for a TRO (Doc 15).

## ORDER

**No later than 12:00 noon on Friday, April 10, 2026, respondents SHALL FILE a brief responding to the second TRO application.**

**No later than 11:59 p.m. on Sunday, April 12, 2026, petitioner MAY FILE A**

**REPLY brief or a notice stating that he does not intend to file a reply brief.**

The Court finds this matter suitable for resolution without oral argument.

IT IS SO ORDERED.

Dated: April 8, 2026

*Valerie Baker Fairbank*

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge