**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XIAOWEN PI, an individual;<br><br>    Petitioner,<br><br>    v.<br><br>FERETI SEMAIA, et al.,<br><br>    Respondents. | **Case No. 5:26-cv-00431-VBF-AGR**<br><br>**ORDER**<br><br>**Denying 2d TRO Application (Doc #15)** |

The Court has considered the habeas corpus petition (CM/ECF Document ("Doc") 1), the terms of this Court's February 17, 2026 temporary restraining order ("TRO") (Doc 11) and February 25, 2026 Preliminary Injunction (Doc 14), the second application for a TRO (CM/ECF Document ("Doc") 15, the respondents' opposition brief (Doc 17), petitioner's reply brief (Doc 18), and all records herein.

The Court determines that petitioner has not demonstrated that the respondents have violated this Court's February 17, 2026 TRO (Doc 11) or the ensuing February 20, 2026 preliminary injunction ("PI") (Doc 14) by affixing and requiring petitioner to wear a GPS ankle monitor. Neither the TRO nor the PI purported to restrict the respondents' authority or discretion

[PROPOSED] TEMPORARY RESTRAINING ORDER

1

to require use of a GPS ankle monitor.  For the reason stated by the respondents in their brief opposing issuance of a TRO (CM/ECF Document 17 at pages 3-5):

**Petitioner's Second Application for Temporary Restraining Order "to Remove Ankle Monitor and Restore Pre-Existing Conditions" [#15] is DENIED.**

IT IS SO ORDERED.

Dated:  April 15, 2026

_Valerie Baker Fairbank_

_____

The Hon. Valerie Baker Fairbank
Senior United States District Judge