UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| XIAOWEN PI,<br><br>        Petitioner,<br><br>        v.<br><br>FERETI SEMAIA, Warden of Adelanto ICE Processing Center, et al.,<br><br>        Respondents. | Case No. 5:26-cv-00431-VBF (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered: (a) Granting the Petition; (b) modifying the release of Petitioner Xiaowen Pi (A# 246-616-313) from custody, so that she is subject to the same conditions (if any) that she was subject to at the time she was arrested and detained; (c) ordering Respondents to return all

1

property confiscated from Petitioner during her arrest and processing into detention; (d) enjoining Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them, from re-detaining Petitioner without notice and a pre-detention hearing before a neutral arbiter at which the government bears the burden of proving that Petitioner is a flight risk or danger to the community; and (e) ordering Respondents to file a status report within two (2) business days to confirm that Petitioner's release from custody is subject to the same conditions (if any) that she was subject to at the time she was arrested and detained, and that all property confiscated from Petitioner during her arrest and processing into detention has been returned to her.

Date:  July 7, 2026

_____

Hon. VALERIE BAKER FAIRBANK
Senior United States District Judge

2