JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| XIAOWEN PI, | ) Case No. 5:26-cv-00431-VBF (DTB) |
| Petitioner, | ) **J U D G M E N T** |
| v. | ) |
| FERETI SEMAIA, Warden of Adelanto ICE Processing Center, et al., | ) |
| Respondents. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted.  Respondents are ordered to modify the release from custody of Petitioner Xiaowen Pi (A# 246-616-313), so that she is subject to the same conditions (if any) that she was subject to at the time she was arrested and detained.  Respondents are ordered to return all property confiscated from Petitioner during her arrest and processing into detention.  Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from re-detaining

1

Petitioner without notice and a pre-detention hearing before a neutral arbiter at which the government bears the burden of proving that Petitioner is a flight risk or danger to the community. Respondents are ordered to file a status report within two (2) business days to confirm that Petitioner's release from custody is subject to the same conditions (if any) that she was subject to at the time she was arrested and detained, and that all property confiscated from Petitioner during her arrest and processing into detention has been returned to her.

Date: July 7, 2026

*Valerie Baker Fairbank*

Hon. VALERIE BAKER FAIRBANK
Senior United States District Judge

2